In re Eric A. JOHNSON, Huei–Hsiung Yan, Beril Geldiay–Tuncer, William T. Hall, David Schreiber, and Kwok Ho (Real Party in Interest Biotechnology, Inc.).

No. 04–1360.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2004.

ON MOTION

NEWMAN, Circuit Judge.

*ORDER*

Upon consideration of the parties' joint motion to remand the case to the United States Patent and Trademark Office for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Patricia CAMPO, Petitioner,

v.

DEPARTMENT OF THE ARMY, Respondent.

No. 04–3347.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2004.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.